UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-77 WBS |
| Plaintiff, | |
| v. | ORDER |
| TIMOTHY DANIEL MACKEY, | |
| Defendant. | |

----oo0oo----

      Before the court is the government's Notice of Request to Seal (Docket No. 33), in which the government seeks to seal its proposed Notice of Motion and Motion for Revocation of Magistrate Judge's Order Authorizing Pretrial Release for Defendant and supporting exhibits.  The court agrees that sealing the proposed memorandum and supporting exhibits is appropriate to to protect sensitive personal information.  However, the court does not agree that sealing the proposed notice of motion is necessary, inasmuch as it does not contain any sensitive personal information.  Accordingly, the request is GRANTED IN PART.  The

1

government is permitted to submit under seal the memorandum and supporting exhibits for the Motion for Revocation.  The Notice of Motion for the Motion for Revocation shall remain unsealed.

IT IS SO ORDERED.

Dated:  May 20, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE