McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>TIMOTHY DANIEL MACKEY,<br><br>                              Defendant. | CASE NO.  CASE NO. 2:20-CR-0077-WBS<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: May 29, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney MIRA CHERNICK, and defendant Timothy Daniel Mackey, both individually and by and through his counsel of record, Mia Crager, hereby stipulate as follows:

1.      The Complaint in this case was filed on April 15, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on April 17, 2020. The court set a preliminary hearing date of May 1, 2020.  By stipulation of the parties, that date was continued to May 22, 2020.  The date was continued again by stipulation of the parties to May 29, 2020.

2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to June 12, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. Additionally, the delay is required to allow the parties to attempt to negotiate a pre-indictment resolution

of the case.  The parties further agree that the interests of justice served by granting this continuance

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      3.      The parties agree that good cause exists for the extension of time, and that the extension

of time would not adversely affect the public interest in the prompt disposition of criminal cases.

Therefore, the parties request that the time between May 29, 2020, and June 12, 2020, be excluded

pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

      IT IS SO STIPULATED.

Dated:  May 28, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ MIRA CHERNICK
MIRA CHERNICK
Assistant United States Attorney

Dated:  May 28, 2020

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
Timothy Daniel Mackey

McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   v.<br><br>TIMOTHY DANIEL MACKEY,<br><br>     Defendant. | CASE NO.  CASE NO. 2:20-CR-0077-WBS<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUDING TIME<br><br>DATE: MAY 29, 2020<br>TIME: 2:00 P.M.<br>COURT: HON. DEBORAH BARNES |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 28, 2020.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The date of the preliminary hearing is extended to June 12, 2020, at 2:00 p.m.

2.  The time between May 29, 2020, and June 12, 2020, shall be excluded from calculation

1  pursuant to 18 U.S.C. § 3161(h)(7)(A).

2          3.      Defendant shall appear at that date and time before the Magistrate Judge on duty.

3

4          IT IS SO ORDERED.

5  Dated:  May 28, 2020

6

7

8  DEBORAH BARNES
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28