UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 29, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

TIMOTHY DANIEL MACKEY,

   Defendant.

Case No. 2:20CR00077-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIMOTHY DANIEL MACKEY__, Case No. __2:20CR00077-WBS__ Charge __18USC § 2252(a)(2)__ . from custody for the following reasons:

  ____ Release on Personal Recognizance

  ____ Bail Posted in the Sum of $ ____

  __X__ Unsecured Appearance Bond $ __100,000.00__

  ____ Appearance Bond with 10% Deposit

  ____ Appearance Bond with Surety

  ____ Corporate Surety Bail Bond

  __X__ (Other): __Pretrial conditions as stated on the record.__

Issued at Sacramento, California on May 29, 2020 at **4:19. The defendant shall be released on June 1, 2020 at 9:30 a.m.**

By: *Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE