McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs<br><br>TIMOTHY MACKEY,<br><br>  Defendant. | CASE NO. 2:20-CR-00077-WBS<br><br>ORDER |

The Application of the United States to seal the entire file in the above-captioned matter is DENIED. In a separate order the court has ordered sealed those portions of the file that need to be sealed.

Dated: June 4, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER