HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:20-CR-77-WBS |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE** |
| vs. | ) |
| | ) Date:  September 21, 2020 |
| TIMOTHY MACKEY, | ) Time:  09:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between McGregor

W. Scott, United States Attorney, through Mira Chernick,

Assistant United States Attorney, counsel for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal

Defender Christina Sinha, counsel for Mr. Mackey, that the

status conference currently set for September 21, 2020 may be

continued to November 30, 2020 at 9:00 a.m.

Undersigned counsel has newly joined the case and will be

handling this matter while co-counsel is on leave. *See* ECF No.

77. Defense counsel requires time for investigation and

preparation. Defense counsel believes that failure to grant the

requested continuance would deny her the reasonable time

1   necessary for effective preparation, taking into account the

2   exercise of due diligence.  The government does not object to

3   the continuance.

4       Furthermore, for the purpose of computing time under 18

5   U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request

6   that the time period between September 21, 2020 and November 30,

7   2020, inclusive, be deemed excludable pursuant to 18 U.S.C. §

8   3161(h)(7)(B)(iv) (Local Code T4), because it results from a

9   continuance granted by the Court at the defendant's request,

10  based on a finding that the ends of justice served by granting

11  the continuance outweighs the best interest of the public and

12  Mr. Mackey in a speedy trial.

13

14                              Respectfully submitted,

15                              HEATHER E. WILLIAMS
                                Federal Defender
16
    Date: September 10, 2020    */s/  Christina Sinha*
17                              CHRISTINA SINHA
                                Assistant Federal Defender
18                              Attorneys for Defendant
                                TIMOTHY MACKEY
19

20

21  Date: September 10, 2020    MCGREGOR W. SCOTT
                                United States Attorney
22
                                */s/ Mira Chernick*
23                              MIRA CHERNICK
                                Assistant United States Attorney
24                              Attorney for Plaintiff

25

26

27

28

Stipulation and [Proposed]          -2-          *United States v. Mackey,*
Order to Continue Status                          *2:20-CR-77-WBS*
Conference

1

<u>**O R D E R**</u>

2     The Court, having received and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the

4  parties' stipulation in its entirety as its order. The status

5  conference, currently set for September 21, 2020, is continued

6  to November 30, 2020 at 09:00 a.m.  The time period between

7  September 21, 2020 and November 30, 2020, inclusive, is excluded

8  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

9

10  IT IS SO ORDERED.

11  Dated:   September 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28