1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   MIA CRAGER, SBN 300172
    CHRISTINA SINHA, SBN 278893
3   Assistant Federal Defenders
    Designated Counsel for Service
4   801 I Street, Third Floor
    Sacramento, CA 95814
5   T: (916) 498-5700 / F: (916) 498-5710

6   Attorneys for Defendant
    TIMOTHY MACKEY
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,        )   Case No.  2:20-CR-77-WBS
11                                    )
              Plaintiff,              )   **STIPULATION AND ORDER TO**
12                                    )   **CONTINUE STATUS CONFERENCE**
              vs.                     )
13                                    )   Date:  November 30, 2020
    TIMOTHY MACKEY,                   )   Time:  09:00 a.m.
14                                    )   Judge: Hon. William B. Shubb
              Defendant.              )
15                                    )
                                      )
16  _____)

17          IT IS HEREBY STIPULATED and agreed by and between United States Attorney

18  McGregor W. Scott, through Assistant United States Attorney Mira Chernick, counsel for

19  Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina

20  Sinha, counsel for Mr. Mackey, that the status conference currently set for November 30, 2020

21  may be continued to **February 8, 2021 at 9:00 a.m.**

22          Undersigned counsel has newly joined the case and will be handling this matter while co-

23  counsel is on leave.  *See* ECF No. 77.  Defense counsel requires time for investigation and

24  preparation.  Defense counsel believes that failure to grant the requested continuance would deny

25  her the reasonable time necessary for effective preparation, taking into account the exercise of

26  due diligence.  The government does not object to the continuance.

27          Furthermore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy

28

1  Trial Act), the parties request that the time period between November 30, 2020 and February 8,

2  2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code

3  T4), because it results from a continuance granted by the Court at the defendant's request, based

4  on a finding that the ends of justice served by granting the continuance outweighs the best

5  interest of the public and Mr. Mackey in a speedy trial.

6

7                                    Respectfully submitted,

8                                    HEATHER E. WILLIAMS
                                     Federal Defender
9
   Date: November 25, 2020          */s/  Christina Sinha*
10                                   CHRISTINA SINHA
                                     Assistant Federal Defender
11                                   Attorneys for Defendant
                                     TIMOTHY MACKEY
12

13

14 Date: November 25, 2020          MCGREGOR W. SCOTT
                                     United States Attorney
15
                                     */s/ Mira Chernick*
16                                   MIRA CHERNICK
                                     Assistant United States Attorney
17                                   Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status          -2-          *United States v. Mackey,* 2:20-CR-77-WBS
Conference

1

**O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status

4   conference, currently set for November 30, 2020, is continued to February 8, 2021 at 09:00 a.m.

5   The time period between November 30, 2020 and February 8, 2021, inclusive, is excluded

6   pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

7

8   IT IS SO ORDERED.

9

10   Dated:  November 25, 2020

11                                                              _____

12                                                              WILLIAM B. SHUBB
                                                               UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28