HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-77-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE TO ADD THIRD PARTY CUSTODIANS** |
| v. | |
| TIMOTHY MACKEY, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Mackey, that the below-named individuals may be added as third party custodians.

Introduction

The third Special Condition of Release requires Mr. Mackey to have a third party custodian present with him at all times. ECF No. 52 at 1. Mr. Mackey's mother, Ms. Blick, and his friend, Mr. Jones, are currently serving as his third party custodians.

Ms. Blick's husband lives on the east coast, and requires back surgery; he is waiting for his surgeon to schedule the procedure. The surgery is expected to have a quick recovery time;

however, while he awaits the procedure, he is having difficulty getting around. Ms. Blick wishes to travel to the east coast to assist him until the surgery and through the short recovery.

The defense has proffered two additional third party custodians – Ms. Margaret Lallement and Mr. Daniel Beene - who will be able to help fill in for Ms. Blick while she is away. Pretrial Services has vetted both individuals and has deemed them appropriate third party custodians.

Stipulation

With the agreement of Pretrial Services, the parties hereby stipulate that Special Condition 3 may be modified as follows, with all other conditions of release remaining unchanged:

> You must reside at a location approved by Pretrial Services. Elizabeth Blick, Noah Jones, Margaret Lallement, and Daniel Beene are your third party custodians; at least one of the third party custodians must be present in the residence at all times. You must not move or absent yourself from your residence except for the circumstances described in Condition #13 or with the prior approval of the Court; and, one of your third party custodians must collect and screen all mail and/or packages delivered to your residence for potential contraband;

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 28, 2020        */s/ Christina Sinha*
                               CHRISTINA SINHA
                               Assistant Federal Defender
                               Attorneys for Defendant
                               TIMOTHY MACKEY


Date: December 28, 2020        MCGREGOR W. SCOTT
                               United States Attorney

                               */s/ Mira Chernick*
                               MIRA CHERNICK
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  December 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE