HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>TIMOTHY MACKEY,<br><br>  Defendant. | Case No.  2:20-CR-77-WBS<br><br>**STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: February 8, 2021<br>Time: 09:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Mackey, that the status conference currently set for February 8, 2021 may be continued to **March 8, 2021 at 9:00 a.m.**

Undersigned counsel is handling this matter while co-counsel is on leave.  *See* ECF No. 77.  Given the extensive discovery in this case, defense counsel requires additional time for investigation and preparation, and believes that failure to grant the requested continuance would deny her the reasonable

time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 8, 2021 and March 8, 2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at the defendant's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Mackey in a speedy trial.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: February 2, 2021         */s/  Christina Sinha*
                                        CHRISTINA SINHA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        TIMOTHY MACKEY

Date: February 2, 2021         MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ Mira Chernick*
                                        MIRA CHERNICK
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference, currently set for February 8, 2021, is continued to **March 8, 2021 at 09:00 a.m.** The time period between February 8, 2021 and March 8, 2021, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: March 2, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE