HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-CR-77-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE** |
| v. | Judge: Hon. Allison Claire |
| TIMOTHY MACKEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey, that the drug testing condition be dropped from the conditions of release.

Background

Mr. Mackey was released on Pretrial Supervision on June 1, 2020.  He has been supervised by U.S. Pretrial Services Officer Darryl Walker.  On April 21, 2021, Mr. Walker emailed the government attorney and defense counsel indicating that "Mr. Mackey has been under Pretrial supervision for almost a year. He's currently subject to Home Detention and drug testing.  Mr. Mackey has been complaint with all of his release conditions and all of his drug

tests have been clean.  His history of drug use was somewhat dated at the time of his arrest. He reported no drug use since 2015.  At this time, Pretrial Services is recommending the drug testing condition be terminated."

<u>Stipulation</u>

With the agreement of Pretrial Services, the parties hereby stipulate that Special Condition 10 (Dkt. 52) be vacated.  Condition 10 reads as follows:

> You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 21, 2021

<u>/s/  Mia Crager</u>
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
TIMOTHY MACKEY

Date: April 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

<u>/s/ Mira Chernick</u>
MIRA CHERNICK
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Condition number 10 of the Amended Special Conditions of Release (Dkt. 52) is hereby vacated.

IT IS SO ORDERED.

Dated: April 22, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE