```
1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   MIA CRAGER, SBN 300172
    Assistant Federal Defenders
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700 / F: (916) 498-5710
5
    Attorneys for Defendant
6   TIMOTHY MACKEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-77-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE** |
| vs. | ) |
| | ) Date: May 10, 2021 |
| TIMOTHY MACKEY, | ) Time: 09:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defenders Mia Crager and Christina Sinha, counsel for Mr. Mackey, that the status conference currently set for May 10, 2021 may be continued to **August 23, 2021 at 9:00 a.m.**

Defense counsel requires additional time to review discovery and conduct investigation, and believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object

to the continuance.

For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between May 10, 2021 and August 23, 2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at the defendant's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Mackey in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 5, 2021            */s/ Mia Crager*
                             MIA CRAGER
                             Assistant Federal Defender
                             Attorneys for Defendant
                             TIMOTHY MACKEY


Date: May 5, 2021            PHILLIP A. TALBERT
                             Acting United States Attorney

                             */s/ Mira Chernick*
                             MIRA CHERNICK
                             Assistant United States Attorney
                             Attorney for Plaintiff

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference, currently set for May 10, 2021, is continued to **August 23, 2021 at 09:00 a.m.** The time period between May 10, 2021 and August 23, 2021, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4). Moreover, the ongoing COVID-19 pandemic has led to the suspension of jury trials in this district since March 17, 2020, and the General Orders of this court issued in connection with the pandemic allow for continuances and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with no further findings required. General Orders 611, 612, 617, and 618. Additionally, the April 16, 2020 Order of the Judicial Council of the Ninth Circuit suspended the time limits of 18 U.S.C. § 3161(c) due to a judicial emergency in this district until May 2, 2021. See In re Approval of the Judicial Emergency Decl. in the E. Dist. of Cal., 956 F.3d 1175 (9th Cir. Judicial Council 2020).

IT IS SO ORDERED.

Dated: May 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE