HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-77-WBS |
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND ORDER** |
| v. | Judge: Hon. Kendall J. Newman |
| TIMOTHY MACKEY, | |
| Defendant. | |

Background

Mr. Mackey was released on Pretrial Supervision on June 1, 2020. By prior agreement of the parties, and with the concurrence of Pretrial Services, Magistrate Judge Allison Claire modified his conditions of release on April 23, 2021 to drop his drug testing condition (#10). The other conditions of release remain in effect. *See* Dkt. 52.[1]

On June 9, 2021, the undersigned emailed U.S. Pretrial Services Officer Darryl Walker and AUSA Mira Chernick requesting their position on modifying Mr. Mackey's home confinement condition (#13). The reason for the request to modify this condition is that condition #13 currently prevents Mr. Mackey from working outside the home or attending in-person counseling. Officer Walker replied that

---

[1] The conditions were also modified to add/substitute third party custodians. *See* Dkt. 83.

Unopposed motion and Order to Amend
Conditions of Release                            -1-                    *United States v. Mackey,*
                                                                         2:20-CR-77-WBS

1   This is Mr. Mackey's current condition [#13]: **HOME INCARCERATION** You must remain inside your residence at all times except with a third-party custodian for medical emergencies; pre-approved substance abuse testing at a contracted program; pre-approved attorney visits or visits with staff on the legal team; court appearances/court ordered obligations; and, for one hour daily approved by your assigned pretrial services officers within the backyard area of your residence in the presence of at least one of your third party custodians;

He's been compliant for over a year. I have no objections to this condition being modified to: **CURFEW:** You must remain inside your residence every day from **6:00 PM to 6:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. When away from your residence, one of your custodians must be with you at all times.

The government does not oppose this motion.

Requested modification

The defense therefore requests that Special Condition 13 (Dkt. 52) be modified by replacing the current language with the following:

**CURFEW:** You must remain inside your residence every day from **6:00 PM to 6:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. When away from your residence, one of your custodians must be with you at all times.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 10, 2021              /s/ *Mia Crager*
                                 MIA CRAGER
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 TIMOTHY MACKEY

**O R D E R**

The Court, having received and considered the defendant's unopposed motion, finds good cause to modify the conditions of release. Condition number 13 of the Amended Special Conditions of Release (Dkt. 52) is hereby changed to a curfew condition with the following language:

> **CURFEW:** You must remain inside your residence every day from **6:00 PM to 6:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. When away from your residence, one of your custodians must be with you at all times.

IT IS SO ORDERED.

Dated:  June 11, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE