HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-CR-00077-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO ADD THIRD PARTY CUSTODIAN** |
| | ) | |
| v. | ) | |
| | ) | Judge: Hon. Carolyn K. Delaney |
| TIMOTHY MACKEY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey, that the below-named individual may be added as a third party custodian.

Introduction

The third Special Condition of Release requires Mr. Mackey to have a third party custodian present with him at all times. ECF No. 52 at 1. Two other custodians were added when Ms. Blick had to return to the East Coast for her husband's back surgery. Her husband is still ill and so she has been unable to return to California. Another of the custodians, Daniel Beene has taken on most of the responsibility of being present with Mr. Mackey at all times,

however now that the restrictions of COVID have been somewhat lifted, he has work obligations outside of the Eastern District and thus is not able to be with Mr. Mackey as often. Ms. Lallement is similarly less available now than previously.

For these reasons, the defense proffers an additional custodian, William Woodall, to act as a custodian. He understands the obligations of being a custodian. Pretrial Services has vetted Mr. Woodall and believes he is an appropriate third party custodian.

Stipulation

With the agreement of Pretrial Services, the parties hereby stipulate that Special Condition 3 may be modified as follows, with all other conditions of release remaining unchanged:

> You must reside at a location approved by Pretrial Services. Elizabeth Blick, Noah Jones, Margaret Lallement, William Woodall, and Daniel Beene are your third party custodians; at least one of the third party custodians must be present in the residence at all times. You must not move or absent yourself from your residence except for the circumstances described in Condition #13 or with the prior approval of the Court; and, one of your third party custodians must collect and screen all mail and/or packages delivered to your residence for potential contraband;

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 18, 2021

/s/ Mia Crager
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
TIMOTHY MACKEY

Date: June 18, 2021

PHILLIP TALBERT
Acting United States Attorney

/s/ Mira Chernick
MIRA CHERNICK
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE