HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
mia_crager@fd.org

Attorney for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-00077 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER SEALING DOCUMENTS** |
| TIMOTHY MACKEY, | ) |
| Defendant. | ) |

    Pursuant to Local Rule 141, based on a request to seal, the motion to modify condition #20 and supporting exhibits shall be SEALED until further order of this Court.

    IT IS SO ORDERED.

Dated: July 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE