HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY MACKEY,<br><br>    Defendant. | Case No.  2:20-CR-77-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: August 23, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defenders Mia Crager and Christina Sinha, counsel for Mr. Mackey, that the status conference currently set for August 23, 2021 may be continued to **November 15, 2021 at 9:00 a.m.**

Defense counsel had retained an expert to review the forensic evidence in the case, but that expert since retired. The defense is now working to get a new expert up to speed on the case.  The government extended a plea offer and defense counsel needs time to discuss it with Mr. Mackey and ensure that

he understands the guidelines.  At the same time, both attorneys for Mr. Mackey will be starting a long trial on September 20. Defense counsel therefore requires additional time and believes that failure to grant the requested continuance would deny reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between August 23, 2021 and November 15, 2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at the defendant's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Mackey in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 17, 2021        */s/  Mia Crager*
                             MIA CRAGER
                             Assistant Federal Defender
                             Attorneys for Defendant
                             TIMOTHY MACKEY


Date: August 17, 2021        PHILLIP A. TALBERT
                             Acting United States Attorney

                             */s/ Mira Chernick*
                             MIRA CHERNICK
                             Assistant United States Attorney
                             Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference, currently set for August 23, 2021, is continued to **November 15, 2021 at 09:00 a.m.** The time period between August 23, 2021 and November 15, 2021 inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: August 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE