HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-CR-77-WBS |
|---|---|---|
| Plaintiff, | ) ) | **EMERGENCY STIPULATION TO TEMPORARILY MODIFY CONDITIONS** |
| v. | ) ) | **OF RELEASE AND ORDER** |
| TIMOTHY MACKEY, | ) ) | Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) ) | |

Mr. Mackey was released on Pretrial Supervision on June 1, 2020. By prior agreement of the parties, and with the concurrence of Pretrial Services, Magistrate Judge Allison Claire modified his conditions of release on April 23, 2021 to drop his drug testing condition. His conditions were also modified to remove his home confinement condition, to add third party custodians, and to allow contact with his daughter. His current conditions of release are at Docket no. 107.

Mr. Mackey lives in South Lake Tahoe. Mr. Mackey's neighborhood is under a mandatory evacuation order due to imminent threat from the Caldor fire. Authorities have warned that the fire is very fast moving due to high winds over the past 24 hours. The smoke in the area is at extremely hazardous levels. Mr. Mackey must be at all times in the presence of his third party custodian. His mother is the custodian anticipated to be present with him for the foreseeable future. She is particularly susceptible to respiratory issues and cannot stay for long

periods near smoky hazardous air.

For these reasons, Mr. Mackey has been in contact with his Pretrial Services Officer Darryl Walker regarding his attempts to evacuate. Mr. Mackey and his mother plan to evacuate together to Petaluma where they will stay in a hotel.

The defense now requests a temporary modification to Special Conditions #2 and #11 (Dkt. 107). Condition #2 states, in relevant part,

> You must reside at a location approved by Pretrial Services. Elizabeth Blick, Noah Jones, Margaret Lallement, William Woodall, and Daniel Beene are your third party custodians; at least one of the third party custodians must be present in the residence at all times. You must not move or absent yourself from your residence except for the circumstances described in Condition #11 or with the prior approval of the Court;

Condition #11 states,

> **CURFEW**: You must remain inside your residence every day from **6:00 PM to 6:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. When away from your residence, one of your custodians must be with you at all times;

Mr. Mackey requests that these conditions be temporarily modified as follows: Mr. Mackey will be allowed to be away from his residence in South Lake Tahoe from the date of this order until it is deemed by Pretrial Services that it is safe for Mr. Mackey to return to his permanent residence in South Lake Tahoe. Mr. Mackey will bring his location monitoring equipment with him, so he will still be on curfew in the hotel room, although he will be away from his "residence" in South Lake Tahoe. The conditions requiring at least one of Mr. Mackey's third party custodians to be with him at all times will remain in place.

///
///
///
///
///
///
///
///

With the concurrence of the Pretrial Services Officer, the parties stipulate to this temporary modification.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: August 30, 2021                */s/ Mia Crager*
                                            MIA CRAGER
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            TIMOTHY MACKEY

Date: August 30, 2021                PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            */s/ Mira Chernick*
                                            MIRA CHERNICK
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the defendant's unopposed motion, finds good cause to modify the conditions of release. Conditions number 2 and 11 of the Amended Special Conditions of Release (Dkt. 107) are hereby temporarily modified as follows:

From the date of this order until it is deemed by Pretrial Services that it is safe for Mr. Mackey to return home, Mr. Mackey shall be permitted to leave his residence in South Lake Tahoe to stay in a location approved by the Pretrial Services Officer.

Mr. Mackey shall remain on location monitoring, and his curfew condition (#11) shall relate to the location approved by Pretrial Services Officer for the period this temporary modification is in effect.

At least one of Mr. Mackey's third party custodians must be with him at all times.

IT IS SO ORDERED.

Dated:  August 30, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE