HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>TIMOTHY MACKEY,<br><br>  Defendant. | Case No.  2:20-CR-77-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  November 15, 2021<br>Time:  9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Mira Chernick, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey, that the status conference currently set for November 15, 2021 may be continued to **December 20, 2021 at 9:00 a.m.**

The government extended a plea offer and defense counsel needs time to discuss it with Mr. Mackey and ensure that he understands the guidelines.  Counsel's discussions with her client were delayed due to Mr. Mackey's mandatory evacuation due to the Caldor fire, as well as defense counsel's multi-week

Stipulation and Order to          -1-          *United States v. Mackey,*
Continue Status Conference                      2:20-CR-77-WBS

trial in another matter. Defense counsel also has scheduled leave coming up in the next few weeks. Defense counsel therefore requires additional time and believes that failure to grant the requested continuance would deny reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 15, 2021 and December 20, 2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at the defendant's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Mackey in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 8, 2021      /s/  *Mia Crager*
                            MIA CRAGER
                            Assistant Federal Defender
                            Attorneys for Defendant
                            TIMOTHY MACKEY

Date: November 8, 2021      PHILLIP A. TALBERT
                            Acting United States Attorney

                            */s/ Mira Chernick*
                            MIRA CHERNICK
                            Assistant United States Attorney
                            Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference, currently set for November 15, 2021, is continued to **December 20, 2021 at 09:00 a.m.** The time period between November 15, 2021 and December 20, 2021 inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: November 9, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE