HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff, </br></br>vs. </br></br>TIMOTHY MACKEY </br></br>Defendant. | Case No. 2:20-cr-00077-WBS </br></br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** </br></br>Date: December 20, 2021 </br>Time: 9:00 a.m. </br>Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager, attorneys for Timothy Mackey, and Phillip A. Talbert, Acting United States Attorney through Denise Yasinow, Assistant United States Attorney, attorneys for the Plaintiff, that the status hearing be continued to March 7, 2022 and that the Court exclude time pursuant to the Speedy Trial Act.

The parties are engaged in plea negotiations and have compared guidelines estimates. The defense needs time to verify whether or not some images may trigger an enhancement, which will involve having an expert examine the media. The defense needs time to retain an expert for this purpose.

Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the difficulties that the COVID-19 pandemic creates for effective client

-1-

1   preparation and consultation.

2       The government does not object to the continuance.

3       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
4   excluded from this order's date through and including March 7, 2022, as previously ordered,
5   pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order
6   479, Local Code T4 based upon continuity of counsel and defense preparation.

7   

8   Dated: December 15, 2021
                        HEATHER E. WILLIAMS
                        Federal Defender

9   

10                          */s/ Mia Crager*
                        MIA CRAGER
11                          Assistant Federal Defender
                        Attorney for Defendant
12                          TIMOTHY MACKEY

13  

14  Dated: December 15, 2021

15                          PHILLIP A. TALBERT
                        Acting United States Attorney
16  

17                          */s/ Denise Yasinow*
                        DENISE YASINOW
18                          Assistant United States Attorney
                        Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 7, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the December 20, 2021 status conference shall be continued until March 7, 2022, at 9:00 a.m.

Dated:  December 17, 2021

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE