1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  MIA CRAGER, SBN 300172
   CHRISTINA SINHA, SBN 278893
3  Assistant Federal Defenders
   Designated Counsel for Service
4  801 I Street, Third Floor
   Sacramento, CA 95814
5  T: (916) 498-5700

6  Attorneys for Defendant
   TIMOTHY MACKEY
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )  Case No.  2:20-CR-00077-WBS
11                                   )
           Plaintiff,                )  **STIPULATION AND ORDER TO AMEND**
12                                   )  **CONDITIONS OF RELEASE BY SHIFTING**
           v.                        )  **CURFEW HOURS**
13                                   )
                                     )
14     TIMOTHY MACKEY,               )  Judge: Hon. Deborah Barnes
                                     )
15         Defendant.                )
                                     )
16  ─────────────────────────────────)

17         IT IS HEREBY STIPULATED and agreed by and between Federal Defender Heather

18  Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey, and Acting

19  United States Attorney Phillip Talbert, through Assistant United States Attorney Denise

20  Yasinow, counsel for Plaintiff, that Special Condition No. 11 (curfew) be modified to change the

21  hours from 6 p.m. to 6 a.m. to 8 p.m. to 8 a.m.  Pretrial Services has no objection to this

22  modification.

23         Introduction

24         Special Condition of Release No. 11 (Dkt. 107) requires Mr. Mackey to be in his home

25  during certain hours of the day, 6 p.m. to 6 a.m.  He works outside his home, accompanied by his

26  third party custodian.  His work hours tend towards later hours, and therefore, Mr. Mackey

27  requests that the curfew window be shifted two hours later to allow him to better meet his work

28

1    and other obligations.

2         Stipulation

3         With the agreement of Pretrial Services, the parties hereby stipulate that Special

4    Condition 11 may be modified as follows, with all other conditions of release remaining

5    unchanged:

6

7         CURFEW: You must remain inside your residence every day from **8:00 PM to 8:00 AM**, or as adjusted by the pretrial services officer

8         for medical, religious services, employment or court-ordered obligations. When away from your residence, one of your

9         custodians must be with you at all times;

10

11                                      Respectfully submitted,

12                                      HEATHER E. WILLIAMS
                                       Federal Defender
13
     Date: December 17, 2021           */s/  Mia Crager*
14                                      MIA CRAGER
                                       Assistant Federal Defender
15                                      Attorneys for Defendant
                                       TIMOTHY MACKEY
16

17

18   Date: December 17, 2021           PHILLIP TALBERT
                                       Acting United States Attorney
19
                                       */s/ Denise Yasinow*
20                                      DENISE YASINOW
                                       Assistant United States Attorney
21                                      Attorney for Plaintiff

22

23

24

25

26

27

28

1

<u>**O R D E R**</u>

2

      The Court, having received and considered the parties' stipulation, and good cause

3

appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

4

5

IT IS SO ORDERED.

6

7

  Dated: December 20, 2021        /s/ Deborah Barnes

8

                          DEBORAH BARNES
                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28