HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-77-WBS |
| Plaintiff, | **EMERGENCY STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE AND ORDER** |
| v. | |
| TIMOTHY MACKEY, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

Mr. Mackey was released on Pretrial Supervision on June 1, 2020. By prior agreement of the parties, and with the concurrence of Pretrial Services, his conditions of supervision have been modified multiple times. His current conditions are at Docket no. 107.[1]

Mr. Mackey's father passed away in the middle of the night on February 4, 2022 in Pennsylvania. His mother, who is his third party custodian, was in California with Mr. Mackey at the time and so she was not with her husband upon his death. Mr. Mackey and his mother hope to gather with the family in Pennsylvania to plan for the funeral and grieve together. Mr. Mackey's conditions of release require that he be with his third party custodian at all times, so his mother (Ms. Blick) is waiting to return to Pennsylvania until Mr. Mackey can come with her, if the Court so permits.

---

[1] His curfew hours have been modified however to 8pm to 8am. *See* Dkt. 122.

For these reasons, Mr. Mackey and his counsel has been in contact with his Pretrial Services Officer Darryl Walker regarding a plan for his travel. With the concurrence of Pretrial Services, Mr. Mackey proposes that his conditions of release be temporarily modified as follows:

Mr. Mackey will be permitted to travel between February 5, 2022 and February 26, 2022 to Pennsylvania. Mr. Mackey shall be accompanied at all times (including during travel) by his third party custodian. Mr. Mackey shall provide his travel itinerary to his Pretrial Services Officer before traveling.

Once in Pennsylvania, Mr. Mackey shall stay with his third party custodian in her residence in Saylorsburg, PA. James Blick, Mr. Mackey's brother, who presently lives in that residence, shall also be permitted to be in the residence and shall be an additional third party custodian for Mr. Mackey. No children reside at this residence. Mr. Mackey shall not be in the physical presence of any children unless accompanied by their parent or guardian.

Mr. Mackey will remain on ankle monitoring and shall abide by his curfew in the house of his third party custodian using the equipment provided by Pretrial Services. He shall check in regularly and continue to be supervised by his Pretrial Services Officer.

All other conditions shall remain in place.

With the concurrence of the Pretrial Services Officer, the parties stipulate to this temporary modification.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2022

/s/ Mia Crager
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
TIMOTHY MACKEY

Date: February 4, 2022

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Denise Yasinow
DENISE YASINOW
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, finds good cause to modify the conditions of release. Conditions number 2 and 11 of the Amended Special Conditions of Release (Dkt. 107) are hereby temporarily modified as follows:

Mr. Mackey will be permitted to travel between February 5, 2022 and February 26, 2022 to Pennsylvania. Mr. Mackey shall be accompanied at all times (including during travel) by his third party custodian. Mr. Mackey shall provide his travel itinerary to his Pretrial Services Officer before traveling.

Once in Pennsylvania, Mr. Mackey shall stay with his third party custodian in her residence in Saylorsburg, PA. James Blick, Mr. Mackey's brother, who presently lives in that residence, shall also be permitted to be in the residence and shall be an additional third party custodian for Mr. Mackey. No children reside at this residence. Mr. Mackey shall not be in the physical presence of any children unless accompanied by their parent or guardian.

Mr. Mackey will remain on ankle monitoring and shall abide by his curfew in the house of his third party custodian using the equipment provided by Pretrial Services. He shall check in regularly and continue to be supervised by his Pretrial Services Officer.

All other conditions shall remain in place.

IT IS SO ORDERED.

Dated:  February 4, 2022February 5, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE