HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-77-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO ADD THIRD PARTY CUSTODIAN** |
| v. | Judge: Hon. Kendall J. Newman |
| TIMOTHY MACKEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey, and United States Attorney Phillip Talbert, through Assistant United States Attorney Denise Yasinow, counsel for Plaintiff, that the below-named individual may be added as a third party custodian.

Introduction

On February 4, 2022, Mr. Mackey's father passed away in Pennsylvania. The Hon. Carolyn K. Delaney accepted the parties' stipulation to temporarily modify the conditions of Mr. Mackey's release to permit him to travel to Pennsylvania to grieve with his family. *See* Dkt. 124.

The modified conditions required that Mr. Mackey be in the presence of his third party custodian during travel to and from Pennsylvania. His mother therefore escorted him to Pennsylvania. However, she has decided to remain in Pennsylvania longer to stay with the rest

Stipulation and Order to Amend
Conditions of Release                           -1-                    *United States v. Mackey,*
                                                                        2:20-CR-77-WBS

of her family, while Mr. Mackey is to return to this District by February 26, 2022.

Therefore, Mr. Mackey seeks to add a new third party custodian to accompany him on his travel back to California. He proposes his brother, Peter Mackey. Pretrial Services has vetted Mr. Peter Mackey and believes he is an appropriate third party custodian.

<u>Stipulation</u>

With the agreement of Pretrial Services, the parties hereby stipulate that Mr. Peter Mackey be added as a third party custodian. All other conditions remain in place.

 

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 17, 2022

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
TIMOTHY MACKEY

Date: February 17, 2022

PHILLIP TALBERT
United States Attorney

*/s/ Denise Yasinow*
DENISE YASINOW
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  February 17, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE