1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  MIA CRAGER, SBN 300172
   Assistant Federal Defenders
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700 / F: (916) 498-5710
5
   Attorneys for Defendant
6  TIMOTHY MACKEY

7
                 IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )  Case No.  2:20-CR-77-WBS
                                     )
11              Plaintiff,           )  **STIPULATION AND ORDER TO**
                                     )  **CONTINUE STATUS CONFERENCE**
12       vs.                         )
                                     )  Date:  March 7, 2022
13  TIMOTHY MACKEY,                  )  Time:  9:00 a.m.
                                     )  Judge: Hon. William B. Shubb
14              Defendant.           )
                                     )
15  ─────────────────────────────── )

16
        IT IS HEREBY STIPULATED and agreed by and between Federal Defender Heather
17
    Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey and United
18
    States Attorney Phillip A. Talbert, through Assistant United States Attorney Denise Yasinow,
19
    counsel for Plaintiff, that the status conference currently set for March 7, 2022 may be continued
20
    to **May 23, 2022 at 9:00 a.m.**
21
        Defense counsel has retained an expert who needs time to review the evidence at the FBI
22
    offices.  Defense counsel needs time to consult with her expert and her client.  Defense counsel
23
    requires additional time and believes that failure to grant the requested continuance would deny
24
    reasonable time necessary for effective preparation, taking into account the exercise of due
25
    diligence.  The government does not object to the continuance.
26
        For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the
27
    parties request that the time period between March 7, 2022 and May 23, 2022, inclusive, be
28

1   deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results

2   from a continuance granted by the Court at the defendant's request, based on a finding that the

3   ends of justice served by granting the continuance outweighs the best interest of the public and

4   Mr. Mackey in a speedy trial.

5

6                                    Respectfully submitted,

7                                    HEATHER E. WILLIAMS
                                     Federal Defender
8
    Date: February 28, 2022          /s/  Mia Crager
9                                    MIA CRAGER
                                     Assistant Federal Defender
10                                   Attorneys for Defendant
                                     TIMOTHY MACKEY
11

12

13  Date: February 28, 2022          PHILLIP A. TALBERT
                                     United States Attorney
14
                                     /s/ Denise Yasinow
15                                   DENISE YASINOW
                                     Assistant United States Attorney
16                                   Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2        The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status

4   conference, currently set for March 7, 2022, is continued to **May 23, 2022 at 09:00 a.m.**  The

5   time period between March 7, 2022 and May 23, 2022 inclusive, is excluded pursuant to 18

6   U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

7

8   IT IS SO ORDERED.

9

10  Dated:  March 1, 2022

11                                            WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28