HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MACKEY,<br><br>Defendant. | Case No. 2:20-CR-77-WBS<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO AMEND CONDITIONS OF RELEASE REGARDING THIRD PARTY CUSTODIANS**<br><br>Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED and agreed by and between Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey, and United States Attorney Phillip Talbert, through Assistant United States Attorney Denise Yasinow, counsel for Plaintiff, that Special Conditions No. 2 & 11 (third party custody) be modified to remove the condition that a custodian be present with Mr. Mackey at all hours of the day. Mr. Mackey will remain in the third party custody of the multiple individuals that Pretrial Services has approved as third party custodians and will continue to live with at least one of his third party custodians. The only change will be that the custodians need not be physically present with Mr. Mackey at all times. Pretrial Services has no objection to this modification.

Introduction

Special Conditions of Release No. 2 & 11 (Dkt. 107) require that Mr. Mackey must be in the presence of at least one of his third party custodians while he is in his residence (Condition

No. 2) and while he is outside his residence (Condition No. 11). In early February 2022, Mr. Mackey's father passed away, and the Court approved the parties' stipulation to allow Mr. Mackey to travel to Pennsylvania with his mother (who is one of his custodians) to attend the funeral. His mother has since decided that she will remain in Pennsylvania with her family and not return to California with Mr. Mackey. This has put significant strain on Mr. Mackey's other custodians, who need to arrange their work and personal schedules around being present with Mr. Mackey at all times. Modifying Conditions 2 & 11 as detailed below would alleviate this pressure on Mr. Mackey's custodians while still also allowing Pretrial Services to effectively supervise Mr. Mackey through regular contact with him and his custodians. Pretrial Services has no objection to changing the conditions as detailed below.

Stipulation

With the agreement of Pretrial Services, the parties hereby stipulate that Special Conditions 2 &11 may be modified as follows, with all other conditions of release remaining unchanged:

> 2. You must reside at a location approved by Pretrial Services. Elizabeth Blick, Noah Jones, Margaret Lallement, William Woodall, and Daniel Beene are your third party custodians~~**; at least one of the third party custodians must be present in the residence at all times**~~. You must not move or absent yourself from your residence except for the circumstances described in Condition #11 or with the prior approval of the Court; and, one of your third party custodians must collect and screen all mail and/or packages delivered to your residence for potential contraband;
>
> 11. CURFEW: You must remain inside your residence every day from 8:00 PM to 8:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations~~**. When away from your residence, one of your custodians must be with you at all times**~~;

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 2, 2022

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
TIMOTHY MACKEY

Date: March 2, 2022

PHILLIP TALBERT
United States Attorney

*/s/ Denise Yasinow*
DENISE YASINOW
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March 3, 2022

HON. JEREMY D. PETERSON
United States Magistrate Judge