HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:20-CR-77-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE** |
| vs. | ) | |
| | ) | Date:  May 23, 2022 |
| TIMOTHY MACKEY, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey and United States Attorney Phillip A. Talbert, through Assistant United States Attorney Denise Yasinow, counsel for Plaintiff, that the status conference currently set for May 23, 2022 may be continued to **August 1, 2022 at 9:00 a.m.**

Defense counsel has retained an expert who needs time to review the evidence at the FBI offices.  The evidence has been transferred to a different FBI office to facilitate review, which is set to begin later this week.  After the expert completes his review, defense counsel needs time to consult with her expert and her client.  Defense counsel requires additional time and believes that failure to grant the requested continuance would deny reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

1   For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the
2   parties request that the time period between May 23, 2022 and August 1, 2022, inclusive, be
3   deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results
4   from a continuance granted by the Court at the defendant's request, based on a finding that the
5   ends of justice served by granting the continuance outweighs the best interest of the public and
6   Mr. Mackey in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 18, 2022            */s/  Mia Crager*
                              MIA CRAGER
                              Assistant Federal Defender
                              Attorneys for Defendant
                              TIMOTHY MACKEY


Date: May 18, 2022            PHILLIP A. TALBERT
                              United States Attorney

                              */s/ Denise Yasinow*
                              DENISE YASINOW
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference, currently set for May 23, 2022, is continued to **August 1, 2022 at 09:00 a.m.** The time period between May 23, 2022 and August 1, 2022 inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: May 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE