HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MACKEY, <br><br> Defendant. | Case No. 2:20-CR-77-WBS <br><br> **STIPULATION AND [PROPOSED] ORDER TO ADD THIRD PARTY CUSTODIANS** <br><br> Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED and agreed by and between Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey, and United States Attorney Phillip Talbert, through Assistant United States Attorney Denise Yasinow, counsel for Plaintiff, that the below-named individuals may be added as third party custodians.

Introduction

Mr. Mackey's conditions of release used to require that a third party custodian be present with him at all times. The Court later modified that condition consistent with the parties' stipulation and the concurrence of Pretrial Services due to Mr. Mackey's successful performance on supervision and the burden it placed on the custodians. *See* Dkt. 131. Mr. Mackey's conditions still require a third party custodian to be present when Mr. Mackey is with his daughter. The family unit (Mr. Mackey, his wife, and his daughter) spends a great deal of time together when Mr. Mackey is not working. Mr. Mackey's family support is a positive force in

his life that helps keep him on track. It has become burdensome on Mr. Mackey's existing third party custodians to be present at all times when the family unit is together.

Therefore, Mr. Mackey requests, and the parties stipulate, that two further third party custodians be added:

1. Paul Naused (Mr. Mackey's father in law who lives out of town but is visiting for several weeks); and
2. Stacey Mackey (Mr. Mackey's wife).

Pretrial services has vetted these individuals and believes them to be appropriate third party custodians.

Stipulation

With the agreement of Pretrial Services, the parties hereby stipulate that Paul Naused and Stacey Mackey be added as a third party custodian. All other conditions remain in place.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 27, 2022         /s/ Mia Crager
                            MIA CRAGER
                            Assistant Federal Defender
                            Attorneys for Defendant
                            TIMOTHY MACKEY


Date: May 27, 2022         PHILLIP TALBERT
                            United States Attorney

                            /s/ Denise Yasinow
                            DENISE YASINOW
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 27, 2022

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge