HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-CR-77-WBS |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) ) | |
| TIMOTHY MACKEY, | ) ) | Date: August 1, 2022 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey and United States Attorney Phillip A. Talbert, through Assistant United States Attorney Denise Yasinow, counsel for Plaintiff, that the status conference currently set for August 1, 2022 may be continued to **September 12, 2022 at 9:00 a.m.**

Defense counsel continues to work with her expert on investigating the forensic aspects of this case. The expert continues to work with the FBI office in Spokane, WA to facilitate review of the evidence. After the expert completes his review, defense counsel needs time to consult with her expert and her client. Defense counsel requires additional time and believes that failure to grant the requested continuance would deny reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

1  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between August 1, 2022 and September 12, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at the defendant's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Mackey in a speedy trial.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: July 26, 2022                  */s/ Mia Crager*
                                          MIA CRAGER
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          TIMOTHY MACKEY

Date: July 26, 2022                  PHILLIP A. TALBERT
                                          United States Attorney

                                          */s/ Denise Yasinow*
                                          DENISE YASINOW
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference, currently set for August 1, 2022, is continued to **September 12, 2022 at 09:00 a.m.** The time period between August 1, 2022 and September 12, 2022 inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  July 27, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE