| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | MIA CRAGER, SBN 300172 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 / F: (916) 498-5710 |

Attorneys for Defendant
TIMOTHY MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-77-WBS |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) **EXCLUDE TIME** |
| | ) |
| TIMOTHY MACKEY, | ) Date: September 12, 2022 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mackey and United States Attorney Phillip A. Talbert, through Assistant United States Attorney Denise Yasinow, counsel for Plaintiff, that the status conference currently set for September 12, 2022 may be continued to **October 17, 2022 at 9:00 a.m.**

Defense counsel continues to work with her expert on investigating the forensic aspects of this case. The expert continues to work with the FBI office in Spokane, WA to facilitate review of the evidence. Defense counsel has encountered administrative contracting issues which has delayed work with the expert. After the expert completes his review, defense counsel needs time to consult with her expert and her client. Defense counsel requires additional time and believes that failure to grant the requested continuance would deny reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The

1  government does not object to the continuance.

2      For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the
3  parties request that the time period between September 12, 2022 and October 17, 2022, inclusive,
4  be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it
5  results from a continuance granted by the Court at the defendant's request, based on a finding
6  that the ends of justice served by granting the continuance outweighs the best interest of the
7  public and Mr. Mackey in a speedy trial.

8

9      Respectfully submitted,

10      HEATHER E. WILLIAMS
    Federal Defender

11
12  Date: September 7, 2022    */s/ Mia Crager*
    MIA CRAGER
    Assistant Federal Defender
13      Attorneys for Defendant
    TIMOTHY MACKEY

14

15

16  Date: September 7, 2022    PHILLIP A. TALBERT
    United States Attorney

17
18      */s/ Denise Yasinow*
    DENISE YASINOW
    Assistant United States Attorney
19      Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to
Continue Status Conference     -2-     *United States v. Mackey,*
2:20-CR-77-WBS

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference, currently set for September 12, 2022, is continued to **October 17, 2022 at 09:00 a.m.** The time period between September 12, 2022 and October 17, 2022 inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  September 8, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE