PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MACKEY,<br><br>Defendant. | CASE NO. 2:20-CR-77-WBS<br><br>**STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT** |

Plaintiff United States of America, by and through its counsel of record, and defendant Timothy Mackey, by and through his counsel of record, hereby stipulate as follows:

1. By previous order a trial in this matter was scheduled for August 22, 2023, with a trial confirmation hearing set for July 24, 2023. ECF 142.

2. By this stipulation and proposed order, the parties now move to deem all time between October 17, 2022, and August 22, 2023, excluded under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defense counsel continues to work with her expert on investigating the forensic aspects of this case. Defense counsel also needs additional time to consult with her expert and her client.

   b) Defense counsel desires additional time to consult with her client, to conduct

**Stipulation and Order Excluding Time**

investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with her client.  Further, regularly assigned defense counsel is currently on maternity leave, and newly assigned defense counsel requires time to get up to speed on the case.

        c)        Defense counsel requires additional time to review evidence at the FBI Office in Roseville, California, in order to properly advise Mr. Mackey of the risks and benefits of going to trial. The defense continues to believe that a resolution can be reached once counsel has completed review of the evidence.

        d)        Defense counsel believes that failure to grant the above-requested time exclusion would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)        The government does not object to the time exclusion.

        f)        Based on the above-stated findings, the ends of justice served by granting the time exclusion as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2022, to August 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

/ / /

/ / /

**Stipulation and Order Excluding Time**

Dated:  October 18, 2022                    PHILLIP A. TALBERT
                                            United States Attorney


                                             /s/ Denise N. Yasinow
                                            Denise N. Yasinow
                                            Assistant United States
                                            Attorney


Dated:  October 18, 2022                     /s/ Hannah Labaree
                                            Counsel for Defendant
                                            Timothy Mackey


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 18, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and Order Excluding Time**