PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-77-WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | DATE: November 6, 2023 |
| TIMOTHY MACKEY, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Sentencing is currently set for November 6, 2023. ECF 163.

2. In light of the government's conflict on another matter, the parties respectfully request that the judgment and sentencing in this matter be continued to November 13, at 9:00 a.m. The Probation Office has no objection to this request.

IT IS SO STIPULATED.

STIPULATION AND ORDER TO CONTINUE JUDGMENT
AND SENTENCING

1

| | |
|---|---|
| Dated:  November 1, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DENISE N. YASINOW<br>DENISE N. YASINOW<br>Assistant U.S. Attorney |
| Dated:  November 1, 2023 | /s/ MIA CRAGER<br>MIA CRAGER<br>Assistant Federal Defender<br>Counsel for Defendant<br>TIMOTHY MACKEY |

STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING

2

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  November 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE