PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY MACKEY,<br><br>　　　　Defendant. | 2:20-CR-00077-WBS<br><br>FINAL ORDER OF FORFEITURE |

On or about July 12, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the guilty plea entered by defendant Timothy Mackey and the factual basis discussed during the change of plea hearing forfeiting to the United States the following property:

　　　　a.　　Black Motorola Droid Turbo 2 32 GB smart phone, Serial Number: ZY2234XXMN, containing a SIM card and a 32 GB SanDisk MicroSD flash memory card.

Beginning on July 13, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to

have an alleged interest in the above-described property:

    a.    Stacey Mackey: A notice letter was sent via certified mail to Stacey Mackey at 1539 Black Bart Ave., Apt. 1, South Lake Tahoe, CA 96150 on July 12, 2022. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Stacey Mackey on July 20, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Timothy Mackey and Stacey Mackey.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: December 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE